# United States Bankruptcy Court
## Southern District of Ohio

In re: Connex Group, Inc.

Case No.

Chapter 7

# SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A  -  Real Property | Yes | | $2,149,500 | | |
| B  -  Personal Property | Yes | | $11,304.99 | | |
| C  -  Property Claimed Exempt | No | 0 | | | |
| D  -  Creditors Holding Secured Claims | Yes | | | $1,609,988.58 | |
| E  -  Creditors Holding Unsecured Priority Claims | Yes | | | $238,183.80 | |
| F  -  Creditors Holding Unsecured Nonpriority Claims | Yes | | | $241,873.53 | |
| G  -  Executory Contracts and Unexpired Leases | Yes | | | | |
| H  -  Codebtors | Yes | | | | |
| I  -  Current Income of Individual Debtor(s) | No | 0 | | | $0.00 |
| J  -  Current Expenditures of Individual Debtor(s) | No | 0 | | | $0.00 |
| Total Number of sheets in ALL Schedules ➢ | | | | | |
| Total Assets   ➢ | | | $2,160,804.99 | | |
| Total Liabilities   ➢ | | | | $2,090,045.91 | |

In re:    Connex Group, Inc.                                    Case No. _____

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 18 North 7th Street Hamilton, Ohio 45011 (residential property) | Owner* | N/A | $232,000 est. | Delinquent taxes: $2,531.76<br><br>IRS lien: Apprx. $179,753.29 plus penalties and interest<br><br>Ohio Bureau of Worker's Compensation Lien: $29,411.86<br><br>First Financial Bank, N.A.: $186,344.21 |
| 441 Patterson Blvd Fairfield, Ohio 45014 And 449 Patterson Blvd Fairfield, Ohio 45011** (exempt property) | Owner | N/A | $645,000  est. and $272,500 est. | First Financial Bank, N.A.: $461,930.68<br><br>IRS lien: Apprx. $179,753.29 plus penalties and interest<br><br>Ohio Bureau of Worker's Compensation Lien: $29,411.86 |
| 2531 Dixie Highway Hamilton, Ohio 45011 (commercial property) | Owner** | N/A | $1,000,000 est. | Delinquent taxes: $11,016,78<br><br>CBS c/o Aurgroup Financial Credit: Apprx: $734,000<br><br>IRS lien: Apprx. $179,753.29 plus penalties and interest<br><br>Ohio Bureau of Worker's Compensation Lien: $29,411.86 |
|  |  |  | Total ➢ | 2,149,500 |

{W1228273.1}

*Although this property is still titled in the name of RADD II, Inc., RADD II, Inc. was merged out of existence on June 22, 2005, at which time, Miami Valley Industries, nka Connex Group, Inc. became the surviving entity.
**Although this property is still titled in the name of Miami Valley Industries, Inc., a name change filing was made with the Ohio Secretary of State on January, 18, 2006, changing the company name to Connex Group, Inc.

In re:   Connex Group, Inc.                                                      Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | | DESCRIPTION AND LOCATION OF PROPERTY | | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. | Cash on hand | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | First Financial bank account<br>Fifth Third (payroll account)<br>Fifth Third (operating account) | | Approx. $916.23<br>Approx. $6,000.00<br>Approx. $1,650.99 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | Lease deposit | | $695.64 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. | Wearing apparel. | X | | |
| 7. | Furs and jewelry. | X | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | |
| 11. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | |
| 12. | Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 13. | Interests in partnerships or joint ventures. Itemize. | X | | |
| 14. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | |
| 15. | Accounts receivable. | x | | |

In re:   Connex Group, Inc.   Case No.

| TYPE OF PROPERTY | | DESCRIPTION AND LOCATION OF PROPERTY | | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 17. | Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | |
| 18. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | |
| 19. | Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 20. | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | x | | |
| 21. | Patents, copyrights, and other intellectual property. Give particulars. | x | | |
| 22. | Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 23. | Automobiles, trucks, trailers, and other vehicles. | | 1999 Box Truck | $2,000 ($5,000 lien on vehicle exceeds estimated value) |
| 24. | Boats, motors, and accessories. | X | | |
| 25. | Aircraft and accessories. | X | | |
| 26. | Office equipment, furnishings, and supplies. | x | | |
| 27. | Machinery, fixtures, equipment and supplies used in business. | x | | |
| 28. | Inventory. | x | | |
| 29. | Animals. | X | | |
| 30. | Crops - growing or harvested. Give particulars. | X | | |
| 31. | Farming equipment and implements. | X | | |
| 32. | Farm supplies, chemicals, and feed. | X | | |
| 33. | Other personal property of any kind not already listed. Itemize. | X | | |

Total   ➢   $ 11,262.86

In re:    Connex Group, Inc.                                    Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| First Financial Bank, N.A. | | | 8/9/05<br>16 North 7th Street<br>Hamilton, Ohio 45011<br>(residential property)<br>Value: $139,860 est. | | | | $186,344.21 | |
| First Financial Bank, N.A. | | | 10/17/05<br>441 Patterson Blvd<br>Fairfield, Ohio 45014<br>And 449 Patterson Blvd<br>Fairfield, Ohio 45011<br>(exempt property)<br>Value: $1,058,450<br>and<br>$327,160 est. | | | | $461,930.68 | |
| CBS c/o Aurgroup Financial Credit | | | 2531 Dixie Highway<br>Hamilton, Ohio 45011<br>(commercial property)<br>Value: $931,370 est. | | | | $734,000.00 | |
| Ohio Bureau of Worker's Compensation Lien | | | 11/28/07 | | | | $29,411.86 | |
| IRS | | | 12/28/06<br>5/1/07<br>3/4/08 | | | | $179,753.29 apprx., plus interest and penalties | |
| Butler County Treasurer | | | 16 North 7th Street<br>Hamilton, Ohio 45011<br>(residential property)<br>Value: $139,860 | | | | $2,531.76 | |
| Butler County Treasurer | | | 2531 Dixie Highway<br>Hamilton, Ohio 45011<br>(commercial property)<br>Value: $931,370 | | | | $11,016.78 | |
| Fifth Third Bank | | | Lien on 1999 box truck | | | | $5,000 est. | $3,000 est. |

{W1228372.1}

In re:  Connex Group, Inc.                                              Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORTY CLAIMS
### (Continuation Sheet)

### TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 54-01244514<br><br>City of Cincinnati Income Tax Division 805 Central Avenue Cincinnati, Ohio 45202* | | | 2005 | | | | $1,073.79 | $1,073.39 |
| Butler County Real Estate Tax Office 315 High Street, 10th Fl. Hamilton, Ohio 45011* | | | 2/15/2008 | | | | $1205.60 | $1205.60 |
| City of Springdale Tax Dept. 11700 Springfield Pike Springdale, Ohio 45246** #31-0799425 | | | 2007 Taxes | | | | $358.73 | $358.73 |
| IRS District Director Insolvency Section P.O. Box 1579 Cincinnati, OH 45201 | | | 2006-2007 Employment Taxes | | | | $179,753.29 apprx., plus interest and penalties | $179,753.29 apprx., plus interest and penalties |
| Ohio Department of Taxation PO Box 1090 Columbus, OH 43216** | | | 12/31/2007 (Notice of Assessment) | | | | $500.00 | $500.00 |
| City of Cincinnati Income Tax Division 805 Central Avenue Cincinnati OH 45202** | | | 7/1/2007 (1st & 2nd qtr. Payments) | | | | Approx. $40.00 | $40.00 |
| City of Middletown City Income Tax One Donham Plaza PO Box 428793 Middletown OH 45042** | | | 7/1/2007 (1st & 2nd qtr payments) | | | | Approx. $400.00 | $400.00 |

In re:  Connex Group, Inc.                                        Case No. _____

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORTY |
|---|---|---|---|---|---|---|---|---|
| City of Fairfield Income Tax Division 701 Wessel Drive Fairfield, OH 45014** | | | For 2007 | | | | $7156.71 | $7156.71 |
| City of Hamilton Income Tax Division 345 High Street Suite 310 Hamilton, OH 45011** | | | For 2007 | | | | $1768.80 | $1768.80 |
| Ohio SDIT (School District Taxes) Ohio Department of Taxation School District Income Tax PO Box 182388 Columbus, OH 43218** Acct: 51 121176 | | | For 2007 | | | | $441.70 | $441.70 |
| Ohio Withholding Ohio Department of Taxation PO box 182667 Columbus, OH 43218** Acct # 51 121176 | | | For 2007 | | | | $20,032.64 | $20,032.64 |
| Ohio Bureau of Worker's Compensation | | | For 2006-2007 | | | | $144,649.60 | $144,649.60 |
| Ohio SUI Department of Job and Family Services Wage Record Section 4300 Kimberly Parkway Columbus, OH 43232** Employer #:0706751-00-5 | | | For 2007 | | | | $25,452.94 | $25,452.94 |
| | | | TOTAL: | | | | | $382,833.80 |

In re:  Connex Group, Inc.                                    Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| AFLAC<br>1932 WYNNTON ROAD<br>COLUMBUS, OH  31999-1140 | | | 04/28/07 | | | | 50.00 |
| ACCOUNT NO. | | | | | | | |
| AMERICAN RED CROSS<br>P.O. BOX 640343<br>CINCINNATI, OH  4576441143 | | | 04/28/07 | | | | 90.00 |
| ACCOUNT NO. | | | | | | | |
| QUENCH USA<br>4812 PETER PLACE<br>CINCINNATI, OH  45246 | | | 03/01/07 | | | | 263.36 |
| ACCOUNT NO. | | | | | | | |
| ADRIENNE ARNOLD<br>6064 TYLER POINT DR.<br>HAMILTON, OH  45011 | | | 04/30/07 | | | | 24.96 |
| ACCOUNT NO. | | | | | | | |
| RITA BAKER<br>622 MCGUIRE DRIVE<br>CAMDEN, OH  45311 | | | 04/30/07 | | | | 602.24 |

Total  | 1,030.56
(Total of this page)

In re:  CONNEX GROUP, INC, L.L.C.                          Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BAKERY CRAFT P.O. BOX 37 WEST CHESTER, OH  45069 | | | 09/26/06 | | | | 450.00 |
| ACCOUNT NO. | | | | | | | |
| ELIZABETH BATEKY 613 DEWDROP CIRCLE APT M CINCINNATI, OH  45240 | | | 03/31/07 | | | | 27.20 |
| ACCOUNT NO. | | | | | | | |
| EMERY BATES 613 DEWDROP CIRCLE APT M CINCINNATI, OH  45240 | | | 12/07/06 | | | | 708.00 |
| | | | | | | | |

Total                   1,185.20
(Total of this page)

In re: CONNEX GROUP, INC, L.L.C.                                    Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BOB BERBERICH 5670 BRENTWOOD ROAD MIDDLETOWN, OH 45042 | | | 04/30/07 | | | | 2,347.67 |
| ACCOUNT NO. | | | | | | | |
| BGR, INC. P.O. BOX 631061 CINCINNATI, OH 45263-1061 | | | 02/05/07 | | | | 1,303.48 |
| ACCOUNT NO. | | | | | | | |
| DUSTIN BOWMAN 935 PYRAMID HILL BLVD APT 16A HAMILTON OH 45013 | | | 03/31/07 | | | | 111.36 |
| ACCOUNT NO. | | | | | | | |
| KIMBERLY BURCHFIELD 5109 WINTON ROAD, APT. C FAIRFIELD, OH 45014 | | | 04/30/07 | | | | 71.36 |
| ACCOUNT NO. | | | | | | | |
| SANDY BURN 5109 WINTON ROAD, APT. C FAIRFIELD, OH 45014 | | | 02/07/07 | | | | 10.44 |

Total
(Total of this page)       | 3,844.31 |

In re: CONNEX GROUP, INC, L.L.C.        Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> BUSINESS COURIER <br> 101 W SEVENTH STREET <br> CINCINNATI, OH 45202 | | | 02/16/07 | | | | 87.00 |
| ACCOUNT NO. <br> BUTLER COUNTY BOARD <br> 155 DONALD DRIVE <br> FAIRFIELD, OH 45014 | | | 05/22/07 | | | | 8381.89 |
| ACCOUNT NO. <br> MICHELLE CARDWELL <br> 8 SERENA DRIVE #8 <br> HAMILTON, OH 45013 | | | 12/31/06 | | | | 66.98 |
| ACCOUNT NO. <br> CARE MEDICAL, INC. <br> 8340 READING ROAD <br> CINCINNATI, OH 45237 | | | 12/13/06 | | | | 60.00 |
| ACCOUNT NO. <br> BOBBIE CARRELL] <br> 9508 HADDINGTON CT <br> CINCINNATI OH 45251 | | | 03/02/07 | | | | 53.90 |

Total    8,649.77
(Total of this page)

In re:  CONNEX GROUP, INC, L.L.C.                    Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| CASSIDY SCHILLER & ASSOC 4705 LAKE FOREST DR CINCINNATI OH  45242 | | | 02/28/07 | | | | 10500.00 |
| ACCOUNT NO. | | | | | | | |
| DARLENE CAUSBY 2081 SEVEN HILLS CINCINNATI OH  45240 | | | 04/30/07 | | | | 483.84 |
| ACCOUNT NO. | | | | | | | |
| CINCINNATI BELL ANY DISTANCE P.O. BOX 748001 CINCINNATI, OH  415274-1840 | | | 04/28/07 | | | | 137.81 |
| ACCOUNT NO. | | | | | | | |
| CINCINNATI BELL TECH SOLUTIONS 1507 SOLUTIONS CNTR CHICAGO, IL  60677 1055 | | | 08/16/06 | | | | 195.00 |
| ACCOUNT NO. | | | | | | | |
| ADVANC4, LLC 230 NORTHLAND BLVD CINCINNATI, OH  45246 | | | 01/01/07 | | | | 985.00 |

Total
(Total of this page)         12,301.65

In re:  CONNEX GROUP, INC, L.L.C.                                    Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. |  |  |  |  |  |  |  |
| TERRI SHIRK 5577 DOVE LN WEST CHESTER, OH  45069 |  |  | 04/01/07 |  |  |  | 17,600 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| CINCINNATI ENQUIRER DEPT 00333 CINCINNATI OH  45263 0333 |  |  | 04/13/07 |  |  |  | 1313.46 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| CINTAS 151 CASTLEBERRY COURT MILFORD, OH  45150 |  |  | 01/18/07 |  |  |  | 438.40 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| CIN-TEL CORPORATION 813 BROADWAY CINCINNATI, OH  45202 |  |  | 08/21/06 |  |  |  | 242.60 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| CLAYTON L SCROGGINS P.O. BOX 633056 CINCINNATI, OH  45263-3056 |  |  | 05/31/07 |  |  |  | 487.50 |

Total       20,081.96
(Total of this page)

In re: CONNEX GROUP, INC, L.L.C.     Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BEVERLY CLONTZ<br>4983 KENNEDY ROAD<br>TRENTON, OH 45067 | | | 04/30/07 | | | | 694.72 |
| ACCOUNT NO.<br><br>TIMOTHY COLSON<br>5272 CAMELOT DRIVE<br>FAIRFIELD, OH 45014 | | | 02/28/07 | | | | 185.92 |
| ACCOUNT NO.<br><br>STEVEN COMISAR<br>6420 GALLOWAY DRIVE<br>MIDDLETOWN, OH 45044 | | | 04/30/07 | | | | 533.76 |
| ACCOUNT NO.<br><br>COMMUNITY RESOURCE CENTER<br>3610 PARK 42 DRIVE<br>CINCINNATI, OH 45241 | | | 12/01/06 | | | | 842.60 |
| ACCOUNT NO.<br><br>COMPMANAGEMENT, INC.<br>P.O. BOX 884<br>DUBLIN, OH 45017 | | | 01/31/07 | | | | 2947.00 |

Total
(Total of this page)

5,204.00

In re: CONNEX GROUP, INC, L.L.C.                    Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COX OHIO PUBLISHING<br>P.O. BOX 643080<br>CINCINNATI, OH  45264-3080 | | | 04/30/07 | | | | 1560.26 |
| ACCOUNT NO.<br><br>TERRA CURTIS<br>778 WILBUD DRIVE<br>CINCINNATI, OH  45205 | | | 04/30/07 | | | | 208.32 |
| ACCOUNT NO.<br><br>DAY PAK<br>P.O. BOX 363<br>DAYTON OH  45409 | | | 05/05/06 | | | | 3610.94 |
| ACCOUNT NO.<br><br>DELL CATALOG SALES<br>c/o DELL USA LP<br>P.O. BOX 676032<br>DALLAS. TX  75267 | | | 04/04/07 | | | | 166.79 |
| ACCOUNT NO.<br><br>JEFF DIETRICH<br>10820 LAKE THAMES DR.,<br>APT B<br>CINCINNATI. OH  45242 | | | 04/30/07 | | | | 363.52 |

Total                5,909.83
(Total of this page)

In re:  CONNEX GROUP, INC, L.L.C.                                   Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> DINSMORE & SHOHL <br> P.O. BOX 640635 <br> CINCINNATI, OH  45264-0635 | | | 04/13/07 | | | | 3490.15 |
| ACCOUNT NO. <br><br> TERRY DISNEY <br> 114 NORTH C STREET <br> HAMILTON OH  45013 | | | 04/30/07 | | | | 2000.00 |
| ACCOUNT NO. <br><br> KIMBERLY DUKE <br> 168 CHESTNUT ST <br> HAMILTON OH  45011 | | | 03/31/07 | | | | 3.52 |
| ACCOUNT NO. <br><br> ECI INC. <br> 671 WEAVER ST <br> FAIRFIELD, OH  45014 | | | 11/27/06 | | | | 200.00 |
| ACCOUNT NO. <br><br> EMPLOYER RESOURCE ASSOCIATION <br> 1200 EDISON DRIVE <br> CINCINNATI OH  45216-2276 | | | 03/08/07 | | | | 1250.00 |

Total
(Total of this page)          6,943.67

In re:  CONNEX GROUP, INC, L.L.C.                    Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> EXCEL CORPORATE CARE <br> 4220 GRAND AVE <br> MIDDLETOWN, OH  45044 | | | 11/30/06 | | | | 45.00 |
| ACCOUNT NO. <br><br> JOHNNY FIELDS <br> 1720 DEL RIO DRIVE <br> HAMILTON, OH  45013 | | | 03/31/07 | | | | 163.84 |
| ACCOUNT NO. <br><br> KATHY FIELDS <br> 1720 DEL RIO DRIVE <br> HAMILTON OH  45013 | | | 03/31/07 | | | | 44.48 |
| ACCOUNT NO. <br><br> FLEET MANAGEMENT <br> P.O. BOX 9010 <br> DES MOINES, IA  50368-9010 | | | 04/27/07 | | | | 21,335.44 |
| ACCOUNT NO. <br><br> LEE ANN FOGLE <br> 3084 ELORA LANE <br> HAMILTON OH  45011 | | | 04/30/07 | | | | 549.98 |

Total
(Total of this page)

22,138.74

In re: CONNEX GROUP, INC, L.L.C.                        Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FORMULA EXTERMINATORS<br>1251 EAST KEMPER ROAD<br>CINCINNATI, OH 45246 | | | 04/30/07 | | | | 371.34 |
| ACCOUNT NO.<br><br>DAVE FOX<br>284 HOWAN AVENUE<br>NEW MIAMI, OH 45011 | | | 02/28/07 | | | | 90.70 |
| ACCOUNT NO.<br><br>KIM GETTY<br>586 HARRISON AVENUE<br>HAMILTON, OH 45013 | | | 04/13/07 | | | | 737.76 |
| ACCOUNT NO.<br><br>BEA GLENN<br>5852 RENEE CT. #1<br>CINCINNATI, OH 45239 | | | 01/31/07 | | | | 104.00 |
| ACCOUNT NO.<br><br>TAMIKA GLENN<br>2227 LINCOLN<br>CINCINNATI OH 45224 | | | 01/31/07 | | | | 55.36 |

Total                1,359.16
(Total of this page)

In re:  CONNEX GROUP, INC, L.L.C.                          Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> GRAYDON HEAD & RICHEY <br> P.O. BOX 633721 <br> CINCINNATI, OH 45263 | | | 04/30/07 | | | | 22,592.69 |
| ACCOUNT NO. <br><br> LESLIE GRIFFY <br> 1008 OAK DRIVE <br> RICHMOND, IN  47374 | | | 02/07/07 | | | | 10.04 |
| ACCOUNT NO. <br><br> TAMIKA HALE <br> 427 N. C STREET <br> HAMILTON, OHIO 45013 | | | 4/30/07 | | | | 162.56 |
| MATT HALL <br> 19 DE CAMP AVE <br> CINCINNATI, OH  45011 | | | 06/12/07 | | | | 607.62 |
| ACCOUNT NO. <br><br> NOVANA HALLER <br> 2807 HAMILTON-MASON ROAD <br> HAMILTON, OH  45011 | | | 03/31/07 | | | | 129.28 |

| | | | 01/31/07 | | | | 101.44 |
|---|---|---|---|---|---|---|---|
| V. RANAYE HAMPTON<br>4320 WALNUT STREET<br>DARRTOWN, OH  45056 | | | | | | | |

Total
(Total of this page)

23,441.07

In re: CONNEX GROUP, INC, L.L.C.                              Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HART & GERSBACH<br>3377 COMPTON ROAD<br>CINCINNATI, OH  45251 | | | 12/31/06 | | | | 2,000.00 |
| ACCOUNT NO.<br><br>HEALTH ALLIANCE<br>P.O. BOX 634723<br>CINCINNATI, OH 45263-3497 | | | 12/01/06 | | | | 40.00 |
| ACCOUNT NO.<br><br>HERRINGTON CONSULTING SERVICE<br>375 BONHAM ROAD<br>CINCINNATI, OH 45215 | | | 04/13/07 | | | | 170.00 |
| ACCOUNT NO.<br><br>WANDA HOHMEISTER<br>1121 ROSS AVENUE<br>HAMILTON, OH  45013 | | | 04/30/07 | | | | 522.56 |
| ACCOUNT NO.<br><br>HSBC BUSINESS SOLUTIONS<br>P.O. BOX 5229<br>CAROL STREAM, IL  60197 | | | 06/12/07 | | | | 462.31 |

Total                  3,224.87
(Total of this page)

In re:  CONNEX GROUP, INC, L.L.C.                    Case No. _____

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| LORRAINE HULBERT 7893 CLOVERNOOK AVE #2907 CINCINNATI OH 45231 | | | 01/31/07 | | | | 269.55 |
| ACCOUNT NO. | | | | | | | |
| SHARON HUNT 1749 W. ELKTON ROAD HAMILTON, OH  45013 | | | 03/31/07 | | | | 193.28 |
| ACCOUNT NO. | | | | | | | |
| IDEA ART P.O. BOX 291505 NASHVILLE, TN  36229-1505 | | | 04/13/07 | | | | 763.40 |
| ACCOUNT NO. | | | | | | | |
| IKON FINANCIAL SERVICES P.O. BOX 740541 ATLANTA, GA  30374 | | | 01/18/07 | | | | 2,676.52 |
| ACCOUNT NO. | | | | | | | |
| IKON OFFICE SOLUTIONS GREAT LAKES DIST. P.O. Box 802558 CHICAGO, IL  60680-2558 | | | | | | | 1,505.80 |

Total                5,408.55
(Total of this page)

In re:  CONNEX GROUP, INC, L.L.C.                    Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| PATTIE JOHNSON 1321 VANDERDEER AVE HAMILTON, OH 45011 | | | 04/30/07 | | | | 750.72 |
| ACCOUNT NO. | | | | | | | |
| CHERYL JONES 202 FERRY STREET APT 9 VEVAY, IN 47043 | | | 12/31/06 | | | | 150.00 |
| ACCOUNT NO. | | | | | | | |
| MARGARET JONES 437 MARCIA AVE HAMILTON OH 45013 | | | 04/30/07 | | | | 99.28 |
| ACCOUNT NO. | | | | | | | |
| JULIE JORDAN 152 OVERBROOK MONROE, OH 45050 | | | 03/31/07 | | | | 134.18 |
| ACCOUNT NO. | | | | | | | |
| JOURNAL NEWS P.O. BOX 640909 CINCINNATI, OH 45264-0001 | | | 02/28/07 | | | | 31.20 |

Total                     1,165.38
(Total of this page)

In re:  CONNEX GROUP, INC, L.L.C.                        Case No. _____

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| MICHAEL KESSLER 1226 GILDAY CT HAMILTON, OH 45013 | | | 04/03/07 | | | | 623.00 |
| ACCOUNT NO. | | | | | | | |
| KATIE KRAMER 16 THORNHILL DR HAMILTON OH 45013 | | | 12/31/06 | | | | 108.00 |
| ACCOUNT NO. | | | | | | | |
| KEN LAMB 2100 PARISH AVE HAMILTON OH 45015 | | | 04/30/07 | | | | 419.20 |
| ACCOUNT NO. | | | | | | | |
| LARRYS LOCK & SAFE 8005 PLAINFIELD ROAD CINCINNATI, OH 45236 | | | 12/16/06 | | | | 73.49 |
| ACCOUNT NO. | | | | | | | |
| LIBERTY CENTER ADV 5645 LIBERTY FAIRFIELD RD HAMILTON, OH 45011 | | | 04/30/07 | | | | 631.94 |

Total
(Total of this page)       1,855.63

In re: CONNEX GROUP, INC, L.L.C.  Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LIERMAN & TROKHAN <br> 1244 NILLES ROAD <br> SUITE 9 <br> FAIRFIELD, OH  45014 | | | 04/13/07 | | | | 1,697.43 |
| ACCOUNT NO. <br><br> LIFE SPAN <br> MARY KESSLER <br> 1900 FAIRGROVE AVE <br> HAMILTON, OH  45011 | | | 04/28/07 | | | | 3.00 |
| ACCOUNT NO. <br><br> LATRECE LONG <br> 984 HAVENSPORT DRIVE <br> CINCINNATI, OH  45240 | | | 03/31/07 | | | | 20.48 |
| ACCOUNT NO. <br><br> AMANDA MARCELO <br> 906 VINE STREET <br> HAMILTON, OH  45011 | | | 03/31/07 | | | | 20.48 |
| ACCOUNT NO. <br><br> MAX STACY FLOWERS <br> 358 HIGH STREET <br> HAMILTON, OH  45011 | | | 12/01/06 | | | | 102.90 |

Total
(Total of this page)

1,844.29

In re:  CONNEX GROUP, INC, L.L.C.                    Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| MEMPHIS SCALE WORK P.O. BOX 381497 GERMANTOWN, TN 38183-1497 | | | 02/28/07 | | | | 364.00 |
| ACCOUNT NO. | | | | | | | |
| MERCY HEALTH SOLUTIONS 12029 SHERATON LANE CINCINNATI, OH 41746 | | | 04/06/07 | | | | 1,719.00 |
| ACCOUNT NO. | | | | | | | |
| MIAMI SYSTEMS CORP 10001 ALLIANCE ROAD CINCINNATI, OH 45242 | | | 02/01/06 | | | | 240.46 |
| ACCOUNT NO. | | | | | | | |
| MIKE ALBERT LEASING P.O. BOX 643220 CINCINNATI, OH 45264 | | | 04/28/07 | | | | 22,557.00 |
| ACCOUNT NO. | | | | | | | |
| MILLIKIN & LITTO LAW BOX 598 HAMILTON, OH 45012 | | | 06/15/07 | | | | 3236.25 |

Total                28,116.71
(Total of this page)

In re: CONNEX GROUP, INC, L.L.C.          Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| MINUTEMAN PRESS 6121 DIXIE HIGHWAY FAIRFIELD, OH 45014 | | | 01/12/07 | | | | 1259.39 |
| ACCOUNT NO. | | | | | | | |
| MOBIL COMM PAGERS 1211 WEST SHARON RD CINCINNATI, OH 45240-2916 | | | 05/01/06 | | | | 785.40 |
| ACCOUNT NO. | | | | | | | |
| NAEIR P.O. BOX 8076 GALESBURG, IL 61402-8076 | | | 12/12/06 | | | | 1664.16 |
| ACCOUNT NO. | | | | | | | |
| OHIO BCI&I ATTN FISCAL SECTION P.O. BOX 365 LONDON, OH 45140 | | | 02/28/07 | | | | 10.00 |
| ACCOUNT NO. | | | | | | | |
| PARTNERSHIP FOR HSG 3030 WEST FORK RD CINCINNATI, OH 45211 | | | 02/02/07 | | | | 735.00 |

Total
(Total of this page)          4,453.95

In re:  CONNEX GROUP, INC, L.L.C.                    Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| PATE APPLIANCE SERVICE 780 S. MLK, JR HAMILTON, OH 45011 | | | 07/31/06 | | | | 44.68 |
| ACCOUNT NO. | | | | | | | |
| VOLA KAY PENWELL 710 TERRACE CT TRENTON, OH 45067 | | | 04/30/07 | | | | 416.64 |
| ACCOUNT NO. | | | | | | | |
| PERFECTION PRINTING 9560 LESAINT DRIVE FAIRFIELD, OH 45014 | | | 06/18/07 | | | | 324.00 |
| ACCOUNT NO. | | | | | | | |
| PITNEY BOWLS GLOBAL FINANCIAL P.O. BOX 856460 LOUISVILLE, OH 40285 | | | 04/28/07 | | | | 464.00 |
| ACCOUNT NO. | | | | | | | |
| PORTMAN EQUIPMENT CO. P.O. BOX 714896 COLUMBUS, OH 43271-4896 | | | 02/05/07 | | | | 105.00 |

Total                 1,354.32
(Total of this page)

In re:  CONNEX GROUP, INC, L.L.C.          Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PROGRESSIVE BUSINESS<br>P.O. BOX 3019<br>MALVERN, PA  19355 | | | 09/27/06 | | | | 399.00 |
| ACCOUNT NO.<br><br>PROLI FT<br>P.O. BOX 99607<br>LOUISVILLE, KY  40269 | | | 04/28/07 | | | | 4678.34 |
| ACCOUNT NO.<br><br>PURCHASE POWER<br>P.O. BOX 856042<br>LOUISVILLE, KY  40285-6042 | | | 04/28/07 | | | | 1925.95 |
| ACCOUNT NO.<br><br>QUEEN CITY JOBS<br>2060 READING ROAD<br>CINCINNATI, OH  45202 | | | 02/28/07 | | | | 1089.00 |
| ACCOUNT NO.<br><br>RAY RIDDICK<br>1971 BARNETS MILLS RD.<br>CAMDEN. OH  45311 | | | 01/31/07 | | | | 15.68 |

Total          8,107.97
(Total of this page)

In re: CONNEX GROUP, INC, L.L.C.                    Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BETTY RILEY 1841 NW WASHINGTON HAMILTON, OH  45013 | | | 03/31/07 | | | | 134.72 |
| ACCOUNT NO. | | | | | | | |
| RUMPKE 10795 HUGHES ROAD CINCINNATI, OH  45251 | | | 04/30/07 | | | | 2306.69 |
| ACCOUNT NO. | | | | | | | |
| LISA SANDLIN 100 OLYMPUS CT. HAMILTON, OH  45013 | | | 01/31/07 | | | | 3.52 |
| ACCOUNT NO. | | | | | | | |
| MELODY SCHURGAST 665 FRANKLIN ST HAMILTON, OH  45014 | | | 04/13/07 | | | | 514.56 |
| ACCOUNT NO. | | | | | | | |
| BECKY SCHROEDER 4876 CELADON AVE. FAIRFIELD, OH  45014 | | | 01/26/07 | | | | 206.83 |

Total
(Total of this page)          3,166.32

In re:  CONNEX GROUP, INC, L.L.C.                                    Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| JOHN SEYMOUR 5638 LAKE MEADE DRIVE FAIRFIELD, OH  45014 | | | 06/30/07 | | | | 1699.25 |
| ACCOUNT NO. | | | | | | | |
| JENNIFER SKALLEY 741 CHARLTON CT. APT 4 HAMILTON, OH  45013 | | | 03/31/07 | | | | 30.12 |
| ACCOUNT NO. | | | | | | | |
| SKILLED CARE PHARMACY 6961 CINTAS BLVD. MASON, OH  45040 | | | 06/14/07 | | | | 15,233.76 |
| ACCOUNT NO. | | | | | | | |
| KEVIN J. SMITH 1226 GILDAY CT. HAMILTON, OH  45013 | | | 02/07/07 | | | | 147.66 |
| ACCOUNT NO. | | | | | | | |
| LEE SMITH 11645 WINDY HILL CT. LOVELAND, OH  45140 | | | 04/30/07 | | | | 246.16 |

Total                    17,356.95
(Total of this page)

In re:  CONNEX GROUP, INC, L.L.C.                                    Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| SOFTMART<br>P.O. BOX 8500-52288<br>PHILADELPHIA, PA  19178 | | | 01/12/07 | | | | 1251.38 |
| ACCOUNT NO. | | | | | | | |
| SONITROL OF SW OHIO<br>6404 THORNBERRY CT.<br>UNIT 410<br>MASON, OH  45040 | | | 04/28/07 | | | | 159.70 |
| ACCOUNT NO. | | | | | | | |
| STANDARD INS. CO.<br>P.O. BOX 6065<br>PORTLAND, OR  97228-6065 | | | 04/01/07 | | | | 2369.91 |
| ACCOUNT NO. | | | | | | | |
| STAPLES BUSINESS ADVANTAGE<br>DEPT. DET 2368<br>P O. BOX 83689<br>CHICAGO, IL  60696 | | | 06/12/07 | | | | 6467.65 |
| ACCOUNT NO. | | | | | | | |
| SUCCESSFUL PRODUCTS<br>3801 FORD CIRCLE<br>CINCINNATI, OH  45227 | | | 06/13/07 | | | | 2014.25 |

Total
(Total of this page)                    12,262.89

In re: CONNEX GROUP, INC, L.L.C.                    Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| SUPERIOR DENTAL INS. 6683 CENTERVILLE BUSINESS DAYTON, OH  45459 | | | 07/12/07 | | | | 1276.83 |
| ACCOUNT NO. | | | | | | | |
| ROBIN TOTSCH 2055 PERSIMMON CT. CINCINNATI, OH  45231 | | | 04/30/07 | | | | 236.30 |
| ACCOUNT NO. | | | | | | | |
| USBANCORP MANIFEST FUNDING SERVICES 1450 CHANNEL PKWY MARSHALL, MN  56258 | | | 04/13/07 | | | | 225.55 |
| ACCOUNT NO. | | | | | | | |
| USIS COMMERCIAL SVCS DEPT 130 P.O. BOX 21228 TULSA, OK  74121-1228 | | | 04/30/07 | | | | 1981.57 |
| ACCOUNT NO. | | | | | | | |
| VALLEY-JANITOR SUPPLY 401 SOUTH THIRD ST. HAMILTON, OH  45011-3236 | | | 12/01/06 | | | | 17,228.23 |

Total
(Total of this page)          20,948.48

In re:  CONNEX GROUP, INC, L.L.C.                          Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ANGELA VANTREASE<br>16 MERLIN DRIVE<br>APT. A<br>FAIRFIELD, OH  45014 | | | 04/30/07 | | | | 1350.40 |
| ACCOUNT NO.<br><br>VERTEX SYSTEMS CORP.<br>705 LAKEVIEW PLAZA<br>SUITE J<br>WORTHINGTON, OH  43085 | | | 02/28/07 | | | | 10872.30 |
| ACCOUNT NO.<br><br>VOICENET TECHNOLOGIES<br>3140 NEIL ARMSTRONG<br>BLVD STE 301<br>BAGAN, MN  55121 | | | 04/13/06 | | | | 143.62 |
| ACCOUNT NO.<br><br>BRITTANY VOSBERG<br>323 NORTH E. STREET<br>HAMILTON, OH  45013 | | | 04/30/07 | | | | 116.48 |
| ACCOUNT NO.<br><br>STEPHANIE WILSON<br>916 LEORA STREET<br>TRENTON, OH  45067 | | | 04/30/07 | | | | 256.64 |

Total                    12,739.44
(Total of this page)

In re:  CONNEX GROUP, INC, L.L.C.                    Case No. _____

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| YOMICKA CURRY-CAUSBY 10919 BIRCHR1DGE DRIVE CINCINNATI, OH  45240 | | | 01/22/07 | | | | 153.30 |
| ACCOUNT NO. | | | | | | | |
| DH ARCHITECTS, INC. 5306 S GILMORE RD FAIRFIELD OH  45014 | | | 04/04/07 | | | | 3465.00 |
| ACCOUNT NO. | | | | | | | |
| CLIFF'S AUTO REPAIR 1071 TEDIA WAY FAIRFIELD OH  45014 | | | 04/01/07 | | | | 3995.00 |

(Total of this page)   7,613.30

Grand total   $241,873.53

In re:    Connex Group, Inc.

Case No. _____

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Butler County Board of MRDD<br>Attn: Rick Black<br>155 Donald Drive<br>Fairfield, Ohio 45014 | Non-residential real property lease |
| Fiehrer Motors<br>2531 Dixie Highway<br>Hamilton, Ohio 45011 | Non-residential real property lease |
| Jewish Vocational Service<br>Attn: Peter Bloch, President<br>4300 Rossplain<br>Cincinnati, Ohio 45236 | Non-residential real property lease |

☐ Check this box if debtor has no executory contracts or unexpired leases.

{W1228395.1}

In re __Connex Group, Inc._____.      Case No._____
            Debtor                                                    (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____
                                                              *(Total shown on summary*
_____ sheets, and that they are true and correct to the best of my knowledge, information and belief.
 *page plus1.)*

Date_____      Signature:_____
                                                      Debtor

Date_____      Signature:_____
                                                *(Joint Debtor, if any)*
                                      (If joint case, both spouses must sign.)

-----------------------------------------------------------------------------------------------------------------

#### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____            _____
Printed or Typed Name of Bankruptcy Petition Preparer            Social Security No.
                                                  (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____            _____
 Signature of Bankruptcy Petition Preparer                                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*
-----------------------------------------------------------------------------------------------------------------

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, Robin Totsch, [the president or other officer or an authorized agent of the corporation or a member of an authorized agent of the partnership of the Connex Group named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.*(Total shown on summary page plus 1.)*

Date__April 8, 2008_____      Signature:*/s/ Robin Totsch*_____

                                        Robin L. Totsch_____
                                        **[Print or type name of individual signing on behalf of debtor.]**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____
*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

{W1236619.1}