# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | § |
| | §    Case No: 08-11851 |
| Connex Group, Inc. | §    (Chapter 7) |
| | § |
| Debtors. | § |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND REQUEST TO THE CLERK TO BE ADDED TO THE MAILING MATRIX

**PLEASE TAKE NOTICE** that First Financial Bank, N.A., a creditor and party in interest, through counsel, Hani R. Kallas and Robert A. Bell, Jr. of Vorys, Sater, Seymour and Pease LLP appears herein and requests, pursuant to Rules 2002, 9007, and 9010 of the Bankruptcy Rules, and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served at the following addresses:

>Hani R. Kallas, Esq.
>Vorys, Sater, Seymour and Pease LLP
>221 East Fourth Street
>Suite 2000, Atrium Tow
>Cincinnati, Ohio 45201
>Telephone: 513-723-4615
>Facsimile: 513-852-7864
>E-mail: hrckallas@vorys.com
>
>Robert A. Bell, Jr., Esq.
>Vorys, Sater, Seymour and Pease LLP
>52 East Gay Street
>Columbus, Ohio 43215
>Telephone: 614-464-5469
>Facsimile: 614-719-5169
>E-mail: rabell@vssp.com

The undersigned further requests to be added to the Clerk's mailing matrix in this case.

Respectfully submitted,

VORYS, SATER, SEYMOUR AND PEASE LLP


/s/Robert A. Bell, Jr.
Robert A. Bell, Jr. (OH-0072780)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: 614-464-5469
Facsimile: 614-719-5169
E-mail: rabell@vssp.com

Hani R. Kallas, Esq.
Vorys, Sater, Seymour and Pease LLP
221 East Fourth Street
Suite 2000, Atrium Tow
Cincinnati, Ohio 45201
Telephone: 513-723-4615
Facsimile: 513-852-7864
E-mail: hrckallas@vorys.com

Attorneys for First Financial Bank, N.A.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the preceding Notice of Appearance was electronically filed through the Court's ECF system and served this 22nd day of April, 2008 by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


/s/Robert A. Bell, Jr.
Robert A. Bell, Jr.