08-1395(H)

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Connex Group, Inc., | * | Case No.:08-11851 |
| | * | Chapter 7 |
| | * | Judge J.Vincent Aug, Jr. |
| Debtor. | * | |
| | * | |

**CERTIFICATION OF PROPER SERVICE AND LACK OF RESPONSE TO
MOTION OF CREDITOR FIFTH THIRD BANK FOR
<u>RELIEF FROM THE AUTOMATIC STAY</u>**

Jeremy R. Mason, Esq., as counsel for Fifth Third Bank (hereinafter "Fifth Third") hereby certifies that service and notice have been made pursuant to Local Bankruptcy Rule 4001-1(b)-(d), and 9013-3(a), and that no timely response to Fifth Third's Motion for Relief from the Automatic Stay has been designated of record.

The Motion involved is Fifth Third's Motion for Relief from the Automatic Stay as to a 1999 International Truck, VIN# 1HTSCAAM1XH626422, which was filed herein on April 17, 2008. Said Motion was accompanied by the required Notice under Local Rule 9013, and was properly served. Counsel for Fifth Third received no response to said Motion within the time permitted under LBR 9013-1(b), whereby Debtor, and/or any other party in interest to this proceeding, was to file a responsive reply to Fifth Third's Motion on or before May 8, 2008.

WHEREFORE, Fifth Third requests that this Court enter an Order granting its Motion in all respects, as well as grant Fifth Third any and all such further relief, at law and in equity, to which this Court deems it entitled.

Dated: May 13, 2008

                        Respectfully submitted,

                        BY:/s/ Jeremy R. Mason, Esq._____
                        Jonathan A. Mason (0021599)
                        Jeremy R. Mason (0072389)
                        MASON, SCHILLING & MASON CO., L.P.A.
                        Attorneys for Fifth Third Bank
                        P.O. Box 498367
                        5181 Natorp Boulevard, Suite 202
                        Cincinnati, Ohio 45249
                        Phone (513)489-0829, Ext. 26
                        Fax (513)489-0834
                        jeremy@mason-law.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and accurate copy of the foregoing has been served upon the parties listed below, via ECF Notification or via Ordinary U.S. Mail, this 13 day of May, 2008:

Richard L. Ferrell, Esq.
Attorney for Debtor
425 Walnut Street
Cincinnati, Ohio 45202

Mark A. Greenberger, Esq.
Chapter 7 Trustee
105 East Fourth Street
Suite 400
Cincinnati, Ohio 45202

Office of the U.S. Trustee
36 E. Seventh St.
Suite 2050
Cincinnati, Ohio 45202

                                              /s/ Jeremy R. Mason, Esq.
                                              JEREMY R. MASON