**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

*J. Vincent Aug, Jr.*
United States Bankruptcy Judge

**Dated: January 14, 2010**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 08-11851 |
| CONNEX GROUP INC | : | Chapter 7 |
| Debtor(s) | : | Judge AUG |
| SSN: | : | |

### ORDER FOR PAYMENT OF FEES AND EXPENSES

The Court having considered the applications for final compensation and expenses, and the Clerk having enumerated the miscellaneous fees owed pursuant to 28 U.S.C. Sec. 1930(b):

**IT IS HEREBY ORDERED** that the following fees and expenses shall be paid by the Trustee from the Estate:

| | NAME | AMOUNT |
|---|---|---|
| Trustee Fees | Mark Alan Greenberger, Trustee | 8.898.02 |
| Trustee Expenses | Mark Alan Greenberger, Trustee | 61.00 |

Court Costs pursuant to
28 U.S.C. §1930(b)

| | |
|---|---|
| Administrative Rent | 0.00 |
| Court Costs | 250.00 |
| UST Fees | 0.00 |
| Other Admin. Expenses | 23.50 |
| Total | 273.50 |

Serve:


Copies to:   Default List


M:\tcmswin\word\connexdividendorder


# # #