# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| CONNEX GROUP INC | § § | Case No. 08-11851 AUG |
| Debtor(s) | § § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Mark Alan Greenberger, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 2,160,762.86 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 95,162.82 | Claims Discharged Without Payment: 234,209.92 |
| Total Expenses of Administration: 9,232.52 | |

3) Total gross receipts of $ 117,294.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 12,899.00 (see **Exhibit 2**), yielded net receipts of $ 104,395.34 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 721,221.04 | $ 721,221.04 | $ 86,000.00 | $ 86,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,259.02 | 9,259.02 | 9,232.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 249,922.74 | 243,372.74 | 9,162.82 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | NA | NA | NA |
| **TOTAL DISBURSEMENTS** | $ 721,221.04 | $ 980,402.80 | $ 338,631.76 | $ 104,395.34 |

4) This case was originally filed under chapter 7 on 04/11/2008 . The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/22/2010          By:/s/Mark Alan Greenberger, Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Butler Metropolitan | 1121-000 | 379.00 |
| Rental income | 1122-000 | 32,500.00 |
| First Financial Operating Account | 1129-000 | 870.99 |
| Rental income | 1129-000 | 2,500.00 |
| Claim settlement | 1129-000 | 2,500.00 |
| Close out First Financial account | 1129-000 | 2,670.58 |
| PLD Deerfield OH LLC | 1129-000 | 1,513.23 |
| Rental income | 1222-000 | 60,379.00 |
| Claim settlement | 1229-000 | 17.37 |
| Refund | 1229-000 | 1,790.00 |
| Verizon Wireless | 1229-000 | 5,370.00 |
| Settlement - Fifth Third Bank | 1229-000 | 38.12 |
| Settlement - Fifth Third Bank | 1249-000 | 3,437.93 |
| Post-Petition Interest Deposits | 1270-000 | 22.12 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refund | 1290-000 | 895.00 |
| Housing Assistance - Voucher | 1290-000 | 379.00 |
| Verizon Wireless | 1290-000 | 895.00 |
| Butler Metropolitan | 1290-000 | 1,137.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 117,294.34** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| First Financial Bank, N.A. | Non-Estate Funds Paid to Third Parties | 8500-000 | 30,000.00 |
| First Financial Bank, N.A. | Non-Estate Funds Paid to Third Parties | 8500-000 | 30,000.00 |
| First Financial Bank | Non-Estate Funds Paid to Third Parties | 8500-000 | 30,000.00 |
| First Financial Bank | Non-Estate Funds Paid to Third Parties | 8500-002 | -77,101.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 12,899.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AURGROUP FINANCIAL CREDIT UNION, IN | 4110-000 | 721,221.04 | 721,221.04 | 86,000.00 | 86,000.00 |
| TOTAL SECURED CLAIMS | | $ 721,221.04 | $ 721,221.04 | $ 86,000.00 | $ 86,000.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MARK ALAN GREENBERGER, TRUSTEE | 2100-000 | NA | 8,898.02 | 8,898.02 | 8,898.02 |
| MARK ALAN GREENBERGER, TRUSTEE | 2200-000 | NA | 61.00 | 61.00 | 61.00 |
| MARK ALAN GREENBERGER, TRUSTEE | 2300-000 | NA | 50.00 | 50.00 | 23.50 |
| UNITED STATES BANKRUPTCY COURT CLER | 2700-000 | NA | 250.00 | 250.00 | 250.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 9,259.02 | $ 9,259.02 | $ 9,232.52 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANGELA VANTREASE | 5300-000 | NA | 1,385.28 | 1,385.28 | 651.10 |
| BECKY SCHROEDER | 5300-000 | NA | 177.92 | 177.92 | 83.63 |
| JEFF DIETRICH | 5300-000 | NA | 344.00 | 344.00 | 161.68 |
| JOHN SEYMLUR | 5300-000 | NA | 1,693.25 | 1,693.25 | 795.85 |
| LEE SMITH | 5300-000 | NA | 246.32 | 246.32 | 115.77 |
| ROBIN TOTSCH | 5300-000 | NA | 236.30 | 236.30 | 111.06 |
| TAMIKA HALE | 5300-000 | NA | 162.56 | 162.56 | 76.41 |
| TERRY DISNEY | 5300-000 | NA | 4,299.14 | 4,299.14 | 2,020.66 |
| TERRY SHIRK | 5300-000 | NA | 17,500.00 | 10,950.00 | 5,146.66 |
| BUTLER COUNTY BOARD | 5800-000 | NA | 7,717.74 | 7,717.74 | 0.00 |
| CITY OF SPRINGDALE TAX DEPT. | 5800-000 | NA | 358.73 | 358.73 | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| OHIO BUREAU OF WORKERS" COMPENSATI | 5800-000 | NA | 73,573.71 | 73,573.71 | 0.00 |
| OHIO BUREAU OF WORKERS" COMPENSATI | 5800-000 | NA | 35,795.32 | 35,795.32 | 0.00 |
| OHIO BUREAU OF WORKERS" COMPENSATI | 5800-000 | NA | 77,469.67 | 77,469.67 | 0.00 |
| OHIO DEPARTMENT OF JOB & FAMILY SER | 5800-000 | NA | 28,962.80 | 28,962.80 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ 249,922.74 | $ 243,372.74 | $ 9,162.82 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL GENERAL UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit 8

Case No.: 08-11851   AUG   Judge: J. VINCENT AUG, JR.
Case Name: CONNEX GROUP INC

For Period Ending 03/22/10

Trustee Name: Mark Alan Greenberger, Trustee
Date Filed (f) or Converted (c): 04/11/08 (f)
341(a) Meeting Date: 05/22/08
Claims Bar Date: 07/10/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Fifth Third Operating Acount | 1,650.99 | 870.99 | DA | 870.99 | FA |
| 2. First Financial Operating Account | 916.23 | 0.00 | DA | 0.00 | FA |
| 3. Fifth Third Payroll account | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Rental income (u) | 0.00 | 95,379.00 | DA | 95,379.00 | FA |
| 5. Lease deposit | 695.64 | 0.00 | DA | 0.00 | FA |
| 6. 1999 Box truck | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7. 18 North 7th Street | 232,000.00 | 0.00 | DA | 0.00 | FA |
| 8. 441 Patterson Blvd | 645,000.00 | 0.00 | DA | 0.00 | FA |
| 9. 449 Patterson Blvd | 272,500.00 | 0.00 | DA | 0.00 | FA |
| 10. 2531 Dixie Highway | 1,000,000.00 | 0.00 | OA | 0.00 | FA |
| 11. Claim settlement (u) | 0.00 | 2,517.37 | DA | 2,517.37 | FA |
| 12. Refund (u) | 0.00 | 2,685.00 | DA | 2,685.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | 22.12 | | 22.12 | FA |
| 14. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 15. Housing Assistance - Voucher (u) | 0.00 | 379.00 | DA | 379.00 | FA |
| 16. Close out First Financial account (u) | 0.00 | 2,670.58 | DA | 2,670.58 | FA |
| 17. Verizon Wireless (u) | 0.00 | 6,265.00 | DA | 6,265.00 | FA |
| 18. Butler Metropolitan (u) | 0.00 | 1,516.00 | DA | 1,516.00 | FA |
| 19. Settlement - Fifth Third Bank (u) | 0.00 | 3,476.05 | DA | 3,476.05 | FA |
| 20. Class action matter (u) | 0.00 | Unknown | DA | 0.00 | FA |
| 21. PLD Deerfield OH LLC (u) | 0.00 | 1,513.23 | DA | 1,513.23 | FA |

TOTALS (Excluding Unknown Values)   $2,160,762.86   $117,294.34       $117,294.34   

Gross Value of Remaining Assets: $0.00
(Total Dollar Amount in Column 6)

LFORM1
UST Form 101-7-TDR (9/1/2009) (Page 8)

Ver: 15.06b

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No | 08-11851  AUG  Judge. J VINCENT AUG, JR | Trustee Name: | Mark Alan Greenberger, Trustee |
| Case Name | CONNEX GROUP INC | Date Filed (f) or Converted (c) | 04/11/08 (f) |
| | | 341(a) Meeting Date | 05/22/08 |
| | | Claims Bar Date: | 07/10/08 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP# 16---First Check bounced

Initial Projected Date of Final Report (TFR): 12/30/08     Current Projected Date of Final Report (TFR): 06/18/09

/s/    Mark Alan Greenberger, Trustee
_____ Date  03/22/10
MARK ALAN GREENBERGER, TRUSTEE

FORM 2 -

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page. 1

Exhibit 9

| | |
|---|---|
| Case No: | 08-11851 -AUG |
| Case Name: | CONNEX GROUP INC |
| Taxpayer ID No | *******9425 |
| For Period Ending: | 03/22/10 |

| | |
|---|---|
| Trustee Name: | Mark Alan Greenberger, Trustee |
| Bank Name: | BANK OF AMERICA, N A. |
| Account Number / CD # | *******1642 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 2,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Note: Columns 5-7 per header: Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($)

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/10/08 | 2 | Miami Valley Industries<br>449 Patterson Blvd<br>Fairfield, OH 45014 | Close out account | 1129-000 | 870.99 | | 870.99 |
| * 06/10/08 | 2 | Radd II Inc.<br>449 Patterson Blvd<br>Fairfield, OH 45014 | Close out account | 1129-003 | 2,670.85 | | 3,541.84 |
| * 06/10/08 | | Miami Valley Industries<br>449 Patterson Blvd<br>Fairfield, OH 45014 | Close out account | 1229-003 | 6,486.83 | | 10,028.67 |
| 06/10/08 | 4 | Butler metropolitan Housing Authority<br>Hamilton, OH | Rental income | 1222-000 | 379.00 | | 10,407.67 |
| 06/13/08 | 4 | Fiehrer Bruick<br>Connex<br>449 Patterson Blvd<br>Fairfield, OH 45014 | Rental income | 1222-000 | 10,000.00 | | 20,407.67 |
| 06/13/08 | 11 | MFS Qualified Settlement Fund<br>Box 1828<br>Faribault, MN 55021 | Claim settlement | 1229-000 | 17.37 | | 20,425.04 |
| 06/30/08 | 13 | BANK OF AMERICA, N A. | Interest Rate 0.150 | 1270-000 | 0.55 | | 20,425.59 |
| 07/02/08 | 4 | Fiehrer GMC<br>Hamilton,<br>Pjop 45015 | Rental income | 1122-000 | 10,000.00 | | 30,425.59 |
| 07/02/08 | 12 | Verizon Wireless<br>Box 2167<br>Folson, CA 85763 | Refund | 1290-000 | 895.00 | | 31,320.59 |
| 07/14/08 | 15 | Butler Metropolitan Housing Authority<br>Hamilton,<br>OHIO | Voucher income | 1290-000 | 379.00 | | 31,699.59 |

Page Subtotals        31,699.59        0.00

Ver: 15.06b

LFORM24
UST Form 101-7-TDR (9/1/2009) (Page. 10)

**FORM 2 -**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

| Case No: | 08-11851 -AUG | Trustee Name: | Mark Alan Greenberger, Trustee |
| --- | --- | --- | --- |
| Case Name: | CONNEX GROUP INC | Bank Name: | BANK OF AMERICA, N.A |
| | | Account Number / CD # | *******1642 Money Market - Interest Bearing |
| Taxpayer ID No | *******9425 | | |
| For Period Ending: | 03/22/10 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable) | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/17/08 | 16 | Radd II Inc. 449 Patterson Blvd. Fairfield, OH 45014 | Close out account | 1129-000 | 2,670.58 | | 34,370.17 |
| * 07/21/08 | 2 | Radd II Inc. 449 Patterson Blvd. Fairfield, OH 45014 | Close out account | 1129-003 | -2,670.85 | | 31,699.32 |
| * 07/21/08 | | Miami Valley Industries 449 Patterson Blvd. Fairfield, OH 45014 | Close out account | 1229-003 | -6,486.83 | | 25,212.49 |
| 07/25/08 | 17 | Verizon Wireless Box 2167 Folsom, CA 95763 | Refund | 1229-000 | 895.00 | | 26,107.49 |
| 07/31/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 2.63 | | 26,110.12 |
| 08/04/08 | 4 | Fiehrer GMC | Rental income | 1222-000 | 10,000.00 | | 36,110.12 |
| 08/18/08 | 18 | Butler Metropolitan Housing Authority Hamilton, Ohio | Voucher income | 1121-000 | 379.00 | | 36,489.12 |
| 08/26/08 | 17 | Verizon Wireless Box 2167 Folson, CA 95763 | Refund | 1290-000 | 895.00 | | 37,384.12 |
| 08/29/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.36 | | 37,388.48 |
| 09/02/08 | 4 | Fiehrer GMC Pontiac | Rental income | 1122-000 | 10,000.00 | | 47,388.48 |
| 09/09/08 | 18 | Butler Metropolitan Housing Authority Hamilton, Pjop | Voucher check | 1290-000 | 379.00 | | 47,767.48 |
| 09/22/08 | 001001 | First Financial Bank, N.A. | Rental income | 8500-000 | | 30,000.00 | 17,767.48 |
| 09/24/08 | 17 | Verizon Wireless Box 2167 | Refund | 1229-000 | 895.00 | | 18,662.48 |
| | | | | Page Subtotals | 16,962.89 | 30,000.00 | |

Ver 15.06b

LFORM24
UST Form 101-7-TDR (9/1/2009) (Page 11)

FORM 2 -
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 3

Exhibit 9

| Case No: | 08-11851 -AUG | Trustee Name | Mark Alan Greenberger, Trustee |
|---|---|---|---|
| Case Name: | CONNEX GROUP INC | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD # | *******1642 Money Market - Interest Bearing |
| Taxpayer ID No. | *******9425 |  |  |
| For Period Ending: | 03/22/10 | Blanket Bond (per case limit): | $ 2,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | Folson, CA 95763 |  |  |  |  |  |
| 09/30/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 4.83 |  | 18,667.31 |
| 10/06/08 | 4 | FConnex | Rental payment | 1222-000 | 10,000.00 |  | 28,667.31 |
|  |  | 449 Patterson Blvd. |  |  |  |  |  |
|  |  | Fairfield, OH 45014 |  |  |  |  |  |
| 10/06/08 | 19 | Fifth Third Bank | Settlement | 1249-000 | 3,437.93 |  | 32,105.24 |
|  |  | Western Michigan |  |  |  |  |  |
| 10/10/08 | 18 | BUTLER METROPOLITAN | Voucher income | 1290-000 | 379.00 |  | 32,484.24 |
|  |  | HOUSING AUTHORITY |  |  |  |  |  |
|  |  | HamiltonOH, |  |  |  |  |  |
| 10/22/08 | 17 | VERIZON WIRELESS | Refund | 1229-000 | 895.00 |  | 33,379.24 |
|  |  | Box 2167Folson, CA 95763 |  |  |  |  |  |
| 10/31/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 2.63 |  | 33,381.87 |
| 11/04/08 | 4 | Fiehrer GMC | Rental income | 1222-000 | 10,000.00 |  | 43,381.87 |
|  |  | Cincinnati |  |  |  |  |  |
| 11/13/08 | 18 | BUTLER METROPOLITAN | Voucher income | 1290-000 | 379.00 |  | 43,760.87 |
|  |  | HOUSING AUTHORITY |  |  |  |  |  |
|  |  | Hamilton, OH |  |  |  |  |  |
| 11/26/08 | 17 | VERIZON WIRELESS | Refund | 1229-000 | 895.00 |  | 44,655.87 |
|  |  | Box 2167 |  |  |  |  |  |
|  |  | Folson, CA 95763 |  |  |  |  |  |
| 11/28/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 3.39 |  | 44,659.26 |
| 12/05/08 | 4 | Fiehrer GMC | Rental income | 1222-000 | 10,000.00 |  | 54,659.26 |
| 12/11/08 |  | Transfer to Acct #*******7252 | Bank Funds Transfer | 9999-000 |  | 30,000.00 | 24,659.26 |
| 12/29/08 | 19 | Connex Group | Setlement of class action matter | 1229-000 | 38.12 |  | 24,697.38 |
|  |  | 105 E 4th St |  |  |  |  |  |
|  |  | Cincinnati, OH 45202 |  |  |  |  |  |
| 12/30/08 | 17 | VERIZON WIRELESS | Refund | 1229-000 | 895.00 |  | 25,592.38 |
|  |  | Box 2167 |  |  |  |  |  |

Page Subtotals     36,929.90     30,000.00

Ver. 15.06b

LFORM24
UST Form 101-7-TDR (9/1/2009) (Page 12)

**FORM 2 -**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit 9

| Case No: | 08-11851 -AUG | | | Trustee Name: | Mark Alan Greenberger, Trustee |
|---|---|---|---|---|---|
| Case Name: | CONNEX GROUP INC | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD # | *******1642 Money Market - Interest Bearing |
| Taxpayer ID No | *******9425 | | | | |
| For Period Ending: | 03/22/10 | | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Folson, CA 95763 | | | | | |
| 12/31/08 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.82 | | 25,594.20 |
| 01/06/09 | 4 | Fiehrer GMC | Rental income | 1222-000 | 10,000.00 | | 35,594.20 |
| 01/30/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 35,594.47 |
| 02/06/09 | 4 | Fiehrer GMC | Rental income | 1122-000 | 10,000.00 | | 45,594.47 |
| 02/27/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 45,594.80 |
| 03/03/09 | 17 | VERIZON WIRELESS Box 2167 Folson, CA 95763 | Refund | 1229-000 | 895.00 | | 46,489.80 |
| 03/03/09 | 21 | PLD Deerfield OH LLC 4545 Airport Way Denver, CO 80239 | Refund | 1129-000 | 1,513.23 | | 48,003.03 |
| 03/09/09 | 11 | Fiehrer GMC | Refund | 1129-000 | 2,500.00 | | 50,503.03 |
| 03/26/09 | 12 | Verizon Wireless Box 2167 Folson, CA | refund | 1229-000 | 895.00 | | 51,398.03 |
| 03/26/09 | 001002 | First Financial Bank, N.A. | Rental refund | 8500-000 | | 30,000.00 | 21,398.03 |
| 03/31/09 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 0.68 | | 21,398.71 |
| 04/08/09 | 4 | Fiehrer GMC Hamilton, Oyhio | Rental income | 1122-000 | 2,500.00 | | 23,898.71 |
| 04/27/09 | 12 | VERIZON WIRELESS Box 2167 Folson, CA 95763 | Refund | 1229-000 | 895.00 | | 24,793.71 |
| 04/29/09 | 4 | Fiehrer GMC Hamilton, Ohio | Rental income | 1129-000 | 2,500.00 | | 27,293.71 |
| 04/30/09 | 13 | BANK OF AMERICA, N.A | Interest Rate 0.030 | 1270-000 | 0.63 | | 27,294.34 |
| 11/16/09 | | Transfer to Acct #*******7252 | Final Posting Transfer | 9999-000 | | 27,294.34 | 0.00 |

Page Subtotals     31,701.96     57,294.34

Ver. 15.06b

LFORM24 **UST Form 101-7-TDR (9/1/2009)** *(Page 13)*

**FORM 2 -**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 08-11851 -AUG | Trustee Name: | Mark Alan Greenberger, Trustee |
| --- | --- | --- | --- |
| Case Name: | CONNEX GROUP INC | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD # | *******1642 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9425 |  |  |
| For Period Ending: | 03/22/10 | Blanket Bond (per case limit): | $ 2,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | COLUMN TOTALS |  | 117,294.34 | 117,294.34 | 0.00 |
|  |  |  | Less: Bank Transfers/CD's |  | 0.00 | 57,294.34 |  |
|  |  |  | Subtotal |  | 117,294.34 | 60,000.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | Net |  | 117,294.34 | 60,000.00 |  |

Page Subtotals         0.00         0.00

Ver. 15.06b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page 14)*

**FORM 2 -**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6
Exhibit 9

| Case No: | 08-11851 -AUG | Trustee Name: | Mark Alan Greenberger, Trustee |
|---|---|---|---|
| Case Name: | CONNEX GROUP INC | Bank Name: | BANK OF AMERICA, N A |
| | | Account Number / CD #: | *******7252 Checking - Non Interest |
| Taxpayer ID No | *******9425 | | |
| For Period Ending | 03/22/10 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/11/08 | | Transfer from Acct #*******1642 | Bank Funds Transfer | 9999-000 | 30,000.00 | | 30,000.00 |
| 12/11/08 | 001001 | First Financial Bank | Rental income | 8500-000 | | 30,000.00 | 0.00 |
| 11/09/09 | | First Financial Bank Boston, MA | Refund of monies paid First i | 8500-002 | | -77,101.00 | 77,101.00 |
| 11/16/09 | | Transfer from Acct #*******1642 | Transfer In From MMA Account | 9999-000 | 27,294.34 | | 104,395.34 |
| 01/13/10 | 001002 | TRUSTEE MARK ALAN GREENBERGER Katz, Greenberger & Norton 105 E. 4th St., Suite 400 Cincinnati, OH 45202 | Chapter 7 Compensation/Fees | 2100-000 | | 8,898.02 | 95,497.32 |
| 01/13/10 | 001003 | TRUSTEE MARK ALAN GREENBERGER Katz, Greenberger & Norton 105 E. 4th St., Suite 400 Cincinnati, OH 45202 | Chapter 7 Expenses | 2200-000 | | 61.00 | 95,436.32 |
| 01/13/10 | 001004 | UNITED STATES BANKRUPTCY Ct. Clerk 221 East Fourth Street, Suite 800 Cincinnati, OH 45202 | Claim 00044, Payment 100.00000% | 2700-000 | | 250.00 | 95,186.32 |
| 01/13/10 | 001005 | TRUSTEE MARK ALAN GREENBERGER 105 E. 4th St., Suite 400 Cincinnati, OH 45202 | Claim 00045, Payment 47.00000% | 2300-000 | | 23.50 | 95,162.82 |
| 01/13/10 | 001006 | TERRY DISNEY 114 NORTH C STREET HAMILTON OH 45013-3135 | Claim 000013, Payment 47.00149% | 5300-000 | | 2,020.66 | 93,142.16 |
| 01/13/10 | 001007 | JEFF DIETRICH 10820 Lake Thames Drive Apt. B Cincinnati, Oh 45254 | Claim 000015, Payment 47.00000% | 5300-000 | | 161.68 | 92,980.48 |
| 01/13/10 | 001008 | ROBIN TOTSCH 2055 PERSIMMON COURT | Claim 000018, Payment 46.99958% | 5300-000 | | 111.06 | 92,869.42 |

Page Subtotals  57,294.34  -35,575.08

Ver: 15.06b

LFORM24
UST Form 101-7-TDR (9/1/2009) (Page: 15)

FORM 2 -

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7

Exhibit 9

| Case No: | 08-11851 -AUG | Trustee Name | Mark Alan Greenberger, Trustee |
|---|---|---|---|
| Case Name: | CONNEX GROUP INC | Bank Name | BANK OF AMERICA, N A. |
| | | Account Number / CD # | *******7252 Checking - Non Interest |
| Taxpayer ID No | *******9425 | | |
| For Period Ending | 03/22/10 | Blanket Bond (per case limit): | $ 2,000,000 00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | CINCINNATI, OH 45231 | | | | | |
| | 01/13/10 | 001009 | BECKY SCHROEDER | Claim 000022, Payment 47 00427% | 5300-000 | | 83 63 | 92,785.79 |
| | | | 4876 Celladon Avenue | | | | | |
| | | | Fairfield, OH 45014 | | | | | |
| | 01/13/10 | 001010 | JOHN SEYMOUR | Claim 000027, Payment 47.00133% | 5300-000 | | 795 85 | 91,989 94 |
| | | | 5638 LAKE MEADE DRIVE | | | | | |
| | | | FAIRFIELD, OH 45014 | | | | | |
| | 01/13/10 | 001011 | TAMIKA HALE | Claim 000032, Payment 47 00418% | 5300-000 | | 76.41 | 91,913 53 |
| | | | 427 N. C Street | | | | | |
| | | | Hamilton, OH 45013 | | | | | |
| | 01/13/10 | 001012 | ANGELA VANTREASE | Claim 000033, Payment 47 00133% | 5300-000 | | 651 10 | 91,262 43 |
| | | | 16 MERLIN DRIVE | | | | | |
| | | | APT. A | | | | | |
| | | | FAIRFIELD, OH 45014 | | | | | |
| | 01/13/10 | 001013 | LEE SMITH | Claim 000034, Payment 46.99984% | 5300-000 | | 115.77 | 91,146.66 |
| | | | 11645 WINDY HILL CT. | | | | | |
| | | | LOVELAND, OH 45140 | | | | | |
| | 01/13/10 | 001014 | TERRI SHIRK | Claim 000035, Payment 47.00146% | 5300-000 | | 5,146 66 | 86,000 00 |
| | | | 5577 Dove Lane | | | | | |
| | | | West Chester, OH 45069 | | | | | |
| * | 01/13/10 | 001015 | AURGroup Financial Credit Union, Inc | Claim 000037, Payment 100 00000% | 4110-003 | | 86,000 00 | 0 00 |
| | | | c/o Cooperative Business Services, LLC | (37-1) Money Loaned - Secured on | | | | |
| | | | 8790 Govenor"s Hill Drive | Real Estate, 2531 Dixie Hwy, Hamilton, Ohio 45011 | | | | |
| | | | Suite 205 | | | | | |
| | | | Cincinnati, Ohio 45249 | | | | | |
| * | 01/13/10 | 001015 | AURGroup Financial Credit Union, Inc | Claim 000037, Payment 100 00000% | 4110-003 | | -86,000 00 | 86,000 00 |
| | | | c/o Cooperative Business Services, LLC | | | | | |
| | | | 8790 Govenor"s Hill Drive | | | | | |
| | | | Suite 205 | | | | | |
| | | | Cincinnati, Ohio 45249 | | | | | |

Page Subtotals 0.00 6,869 42

Ver. 15.06b

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page. 16)

FORM 2 -

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page. 8

Exhibit 9

| Case No | 08-11851 -AUG | Trustee Name | Mark Alan Greenberger, Trustee |
| --- | --- | --- | --- |
| Case Name: | CONNEX GROUP INC | Bank Name: | BANK OF AMERICA, N.A |
| | | Account Number / CD # | *******7252 Checking - Non Interest |
| Taxpayer ID No | *******9425 | | |
| For Period Ending: | 03/22/10 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 01/13/10 | 001016 | AURgroup Financial Credit Unon, Inc. c/o Jerry R. Howard, Esq Reisenfeld & Associates 3962 Red Bank Road Cincinnati, OH 45227 | (37-1) Money Loaned - Secured on Real Estate 2531 Dixie Hwy. Hamilton, Ohio 45011 | 4110-003 | | 86,000.00 | 0.00 |
| * 01/13/10 | 001016 | AURgroup Financial Credit Unon, Inc. c/o Jerry R. Howard, Esq Reisenfeld & Associates 3962 Red Bank Road Cincinnati, OH 45227 | (37-1) Money Loaned - Secured on | 4110-003 | | -86,000.00 | 86,000.00 |
| 01/13/10 | 001017 | AURGroup Financial Credit Union, Inc. c/o Jerry R. Howard, Esq Reisenfeld & Associates 3962 Red Bank Road Cincinnati, Ohio 45227 | Claim 000037, Payment 100.00000% (37-1) Money Loaned - Secured on Real Estate 2531 Dixie Hwy. Hamilton, Ohio 45011 | 4110-000 | | 86,000.00 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 57,294.34 | 57,294.34 | 0.00 |
| Less:  Bank Transfers/CD's | 57,294.34 | 0.00 |
| Subtotal | 0.00 | 57,294.34 |
| Less.  Payments to Debtors | | 0.00 |
| Net | 0.00 | 57,294.34 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market - Interest Bearing - ********1642 | 117,294.34 | 60,000.00 | 0.00 |
| Checking - Non Interest - ********7252 | 0.00 | 57,294.34 | 0.00 |
| | 117,294.34 | 117,294.34 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   86,000.00

Ver 15.06b

LFORM24
UST Form 101-7-TDR (9/1/2009) (Page. 17)

**FORM 2 -**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 9

Exhibit 9

| Case No: | 08-11851 -AUG | Trustee Name | Mark Alan Greenberger, Trustee |
|---|---|---|---|
| Case Name: | CONNEX GROUP INC | Bank Name: | BANK OF AMERICA, N.A |
| | | Account Number / CD # | *******7252  Checking - Non Interest |
| Taxpayer ID No. | *******9425 | | |
| For Period Ending: | 03/22/10 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market - Interest Bearing - ********1642

Checking - Non Interest - ********7252

Page Subtotals     0.00     0.00

Ver: 15.06b

LFORM24
**UST Form 101-7-TDR (9/1/2009)** *(Page. 18)*

# Compensation and Expenses Worksheet

**Case Number: 08-11851 AUG**
**Debtor: CONNEX GROUP INC**

### 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $117,294.34

|  |  |  |  |
|---|---|---|---|
|  | $117,294.34 | 25% of First $5,000 | $1,250.00 |
| Less - | $5,000.00 | ($1,250 Maximum) |  |
| Balance | $112,294.34 | 10% of Next $45,000 | $4,500.00 |
| Less - | $45,000.00 | ($4,500 Maximum) |  |
| Balance | $67,294.34 | 5% of Next $950,000 | $3,364.72 |
| Less - | $67,294.34 | ($47,500 Maximum) |  |
| Balance | $0.00 | 3% of Balance | $0.00 |

| | |
|---|---|
| TOTAL COMPENSATION CALCULATED: | $9,114.72 |
| TOTAL COMPENSATION ALLOWED: | $8,898.02 |
| Less Previously Paid Compensation: | $8,898.02 |
| **TOTAL COMPENSATION REQUESTED:** | **$0.00** |

### 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| | | |
|---|---|---|
| 04/29/09 | PC: Photocopies 1 @ 35.8000 | $35.80 |
| 04/29/09 | PO: Postage 1 @ 25.2000 | $25.20 |

**Expense Summary**

| | |
|---|---|
| PC: Photocopies | $35.80 |
| PO: Postage | $25.20 |
| TOTAL EXPENSES CALCULATED: | $61.00 |
| Less Previously Paid Expenses: | $61.00 |
| **TOTAL EXPENSES REQUESTED:** | **$0.00** |
| **TOTAL EXPENSES AND COMPENSATION REQUESTED:** | **$0.00** |

**DATED: 03/22/10**

# Compensation and Expenses Worksheet

Case Number: 08-11851 AUG
Debtor: CONNEX GROUP INC

/s/ Mark Alan Greenberger, Trustee

SIGNED _____     TRUSTEE:   Mark Alan Greenberger, Trustee
                                                        105 E. 4TH STREET
                                                        4TH FLOOR
                                                        CINCINNATI, OH 45202